

# Fourth Court of Appeals
## San Antonio, Texas

October 26, 2018

No. 04-18-00471-CR

**EX PARTE WINSTON CASINELLI,**
Appellant

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2018W0420
Honorable Mark R. Luitjen, Judge Presiding

# O R D E R

Appellee's motion for extension of time to file its brief is GRANTED. Appellee's brief is due on **November 13, 2018**.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of October, 2018.



_____
KEITH E. HOTTLE,
Clerk of Court